**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1883**

_____

SEBASTIAN BUSTOS AYON,

              Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: February 21, 2014      Decided: March 4, 2014

_____

Before MOTZ, WYNN, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Daniel G. Anna, ANNA & ANNA, P.C., Media, Pennsylvania, for Petitioner. Stuart F. Delery, Greg D. Mack, Kathryn L. Deangelis, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sebastian Bustos Ayon, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his requests for asylum, withholding of removal and withholding under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Ayon's merits hearing, and his supporting affidavit and evidence. We conclude that the record evidence does not compel a ruling contrary to any of the Board's factual findings, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review finding that substantial evidence supports the Board's decision. See In re: Ayon (B.I.A. June 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2